### BROGDON *v.* BROGDON.

BECK, J. The evidence in this case being conflicting as to whether the husband, against whom habeas-corpus proceedings had been instituted by his wife to secure possession of their minor child five years of age, was a fit and proper person to have the custody and control of the child, there was no abuse of the discretion vested in the habeas-corpus court in awarding the custody of the child to the mother.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 15, 1911.

Habeas corpus. Before Judge Kimsey. Gwinnett superior court. January 10, 1910.

*O. A. Nix,* for plaintiff in error. *I. L. Oakes,* contra.